## UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

FILED
HARRISBURG, PA
APR 16 2019
PER _____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:19-MC-251
three LG Cellular Telephones, two TracFone Wireless )
Cellular Telephones, and a Swann DVR Surveillance )
System )

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Attachment A

located in the _____Middle_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC §922(g), 924(c) | Possession of firearm by felon & in furtherance of drug trafficking |
| 18 USC §1591 | Sex Trafficking |
| 21 USC §841(a) | Distribution of controlled substances |

The application is based on these facts:

**(See Attached affidavit.)**

☐ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Ryan Anderson, S/A ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/16/19

City and state: Harrisburg, PA

*Judge's signature*

Chief U.S. Magistrate Judge
*Printed name and title*
Susan Schwab